IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV258-C
3:05CV366-H

| | | |
|---|---|---|
| JACQUE JOHNSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER TO CONSOLIDATE** |
| | ) | |
| MECHANICS AND FARMERS BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOW COME Plaintiff and Defendant in the above-captioned cases, by and through counsel, and agree that the actions 3:05CV258-C and 3:05CV366-H involve common questions of law and fact; that consolidation of the actions would avoid unneccessary costs and delays; and do hereby consent to the consolidation of the actions and all matters and issues related thereto pursuant to Federal Rule of Civil Procedure 42(a), as witnessed by the signatures of their respective attorneys affixed hereto.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-referenced actions, 3:05CV258-C and 3:05CV366-H, and all issues and matters related thereto are consolidated.

This the /3 day of January, 2006.

_____
Judge Presiding

**I CONSENT:**

_Humphrey S Cummings_ ~~SLR by permission~~

Humphrey S. Cummings, Esq.
Attorney for Plaintiff
The Cummings Law Firm, P.A.
1230 West Morehead Street, Suite 404
Charlotte, NC 28208-5210
Phone: (704) 376-2853
E-mail: cummingslawfirm@aol.com

**I CONSENT:**

_Sheri L Roberson_

Sheri L. Roberson
Attorney for Defendant
Womble Carlyle Sandridge & Rice, PLLC
P.O. Box 831
Raleigh, NC 27602
Phone: (919) 755-2173
E-mail: sroberson@wcsr.com

WCSR 1790438v1