IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05CV00258-W

| | |
|---|---|
| JACQUE JOHNSON, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MECHANICS AND FARMERS BANK, )<br>)<br>Defendant. )<br>) | ORDER |

THIS MATTER is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 27) and supporting Memorandum of Law (Doc. No. 28), both of which were filed August 25, 2006; Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 49), filed January 3, 2007; Defendant's Reply to Plaintiff's Memorandum and Motion to Strike (Doc. No. 52), filed February 9, 2007; and Plaintiff's Response to Defendant's Motion to Strike (Docs. Nos. 55, 56), filed March 5, 2007, and March 6, 2007, respectively.

Pursuant to the oral ruling stated in open court on June 7, 2007, Defendant's Motion for Summary Judgment on all claims(Doc. No. 27) is GRANTED, and Defendant's Motion to Strike (Doc. No. 52) is DENIED AS MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED.

Signed: June 26, 2007

Frank D. Whitney
United States District Judge