# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jacque Johnson, Jr.,

    Plaintiff(s),

vs.

Mechanics and Farmers Bank

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-258

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2007 Order.

**Signed: June 26, 2007**

Frank G. Johns, Clerk
United States District Court